IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UPAID SYSTEMS, LTD.<br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, and<br>CELLCO PARTNERSHIP<br>D/B/A VERIZON WIRELESS,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE No. 2-05CV-346 LED |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Upaid Systems. Ltd. ("Upaid") and Defendants have agreed to settle, adjust, and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Upaid against Defendants and all claims by Defendants against Upaid made therein with prejudice to the re-filing of same, with costs taxed to the party incurring same.

A proposed Order accompanies this motion.

AGREED:

Dated: April 5, 2007                                  Respectfully submitted,

By: /s/ by permission Andrew E. Rawlins             By: /s/ by permission Andrew E. Rawlins
    Alexander E. Long                                   Aaron Davidson

**LATHAM & WATKINS LLP**                            Bryant C. Boren, Jr. (attorney-in-charge)
Stephen P. Swinton                                  Texas State Bar No. 02664100
Attorney-in-Charge                                  Bryant.C.Boren@BakerBotts.com
California State Bar No. 106398                     Timothy S. Durst
*Admitted Pro Hac Vice*                             Texas State Bar No. 00786924
steve.swinton@lw.com                                Tim.Durst@BakerBotts.com
                                                    Christopher W. Kennerly
Alexander E. Long                                   Texas State Bar No. 00795077
California State Bar No. 216634                     Chris.Kennerly@BakerBotts.com
*Admitted Pro Hac Vice*                             Aaron Davidson
alexander.long@lw.com                               Texas State Bar No. 24007080
                                                    Aaron.Davidson@BakerBotts.com
12636 High Bluff Dr., Suite 400                     BAKER BOTTS L.L.P.
San Diego, CA  92130-2071                           2001 Ross Avenue
(858) 523-5400 (Telephone)                          Dallas, Texas 75201
(858) 523-5450 (Facsimile)                          214.953.6500
                                                    214.953.6503 (Facsimile)
Charles Crompton
California Bar No. 138825                           **ATTORNEYS FOR DEFENDANT
*Admitted Pro Hac Vice*                             CELLCO PARTNERSHIP D/B/A
charles.crompton@lw.com                             VERIZON WIRELESS**

James L. Day
California Bar No. 197158
*Admitted Pro Hac Vice*
jim.day@lw.com

Melissa N. Chan
California Bar No. 240228
*Admitted Pro Hac Vice*
melissa.chan@lw.com

505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600 (Telephone)
(415) 395-8075 (Facsimile)

**SLOAN, BAGLEY & PERRY LAW FIRM**
Glenn Allen Perry

State Bar No. 15801500
df@textrialfirm.com
P. O. Drawer 2909
Longview, TX 75606
(903) 757-7000 (Telephone)
(903) 757-7574 (Facsimile)

**ATTORNEYS FOR DEFENDANT
QUALCOMM INCORPORATED**

By: /s/ Andrew E. Rawlins
      Andrew E. Rawlins

Guy N. Harrison
217 N. Center Street
P.O. Box 2845
Longview, Texas 75601
Tel: (903) 758-7361
Fax: (903) 753-9557
State Bar No. 00000077
E-mail: cj-gnharrison@att.net

John J. Feldhaus
Virginia State Bar No. 20046
Email: JFeldhaus@foley.com
Andrew E. Rawlins
District of Columbia Bar No. 446178
Email: ARawlins@foley.com
FOLEY & LARDNER LLP
Suite 500
Washington Harbour
3000 K Street, N.W.
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

**ATTORNEYS FOR PLAINTIFF
UPAID SYSTEMS, LTD.**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 5, 2007, all counsel that have consented to electronic service are being served with a copy of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                /s/ Andrew E. Rawlins
                Andrew E. Rawlins